IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                          )
                                )
RICHARD A DUTCH AND             )
KIMBERLY M DUTCH                )
                                )
            Debtor.             )   Case No. 11-11875

SCHEDULE OF DISTRIBUTION

The Trustee for the above captioned case filed a Final
Report and Accounting, which was duly noticed, to which no
objection was interposed and which was reviewed by the
Bankruptcy Administrator and recommended. After considering all
records, applications and files, the following fees and expenses
are found to be fair and reasonable, and the Trustee proposes to
make distribution as follows:

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court - Court Cost Fees | | $0.00 |
| Noticing | $0.00 | |
| Copies | $0.00 | |
| Adversary | $0.00 | |
| Claims | $0.00 | |
| Gerald S. Schafer - Trustee's Fee | | $2,178.42 |
| Gerald S. Schafer - Trustee's Expenses | | $0.00 |
| - Attorney for Trustee Fee | | $3,822.50 |
| - Attorney/Trustee Expenses | | $53.64 |
| TOTAL OF ABOVE FEES AND EXPENSES: | | $6,054.56 |
| NC Dept. of Revenue | | |
| Guilford County Tax Collector | | |
| Taxes as itemized on Exhibit A attached hereto | | |

First and Final Dividend of 57.45% on Priority Creditors Claims
allowed in the amount of $14,067.71 pursuant to provisions of
Rule 3009.

TOTAL DISTRIBUTION TO PRIORITY CREDITORS          $8,081.41

First and Final Dividend of 0.00% on Unsecured Creditors Claims allowed in the amount of $212,890.68 pursuant to provisions of Rule 3009.

    TOTAL DISTRIBUTION TO UNSECURED CREDITORS     $0.00

First and Final Dividend of 0.00% on Tardily Unsecured Creditors Claims allowed in the amount of $9,767.83 pursuant to provisions of Rule 3009.

    TOTAL DISTRIBUTION TO TARDILY UNSECURED CREDITORS     $0.00

| Balance on hand from Final Report: | 14,135.97 |
| Subsequent Receipts: | 0.00 |
| Subsequent Disbursements: | 0.00 |

    TOTAL ON HAND FOR DISTRIBUTION:     $14,135.97

The Trustee proposes to file with the court his Supplemental Report within 10 days. If funds are remaining in the account after 90 days from issuance of the checks, the Trustee proposes to prepare the proper Order to pay these funds into Unclaimed Monies via the U.S. Treasury.

The Trustee proposes to make available to the Debtor all the Debtor's records, and any records not accepted within 30 days may be destroyed.

The undersigned does hereby certify, under penalty of perjury, that the foregoing information is true and correct to the best of his information, knowledge and belief.

Date:  09/06/2013

/s/ *Gerald S. Schafer*
Gerald S. Schafer, Trustee
N.C. State Bar No. 3873
220 Commerce Place
Greensboro, NC 27401
Telephone: (336) 273-9309

ANALYSIS OF CLAIMS REGISTER

CASE NO:               11-11875-WLS
CASE NAME:             DUTCH, RICHARD A
CLAIMS BAR DATE:       02/13/13
CLAIMS REVIEWED BY:    GERALD S. SCHAFER, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Claimed | Allowed | Proposed |
|---|---|---|---|---|---|---|
| 010 C01 | Gerald S. Schafer | Administrative | Trustee Fee | 2,178.42 | 2,178.42 | 2,178.42 |
| 010 C02 | Gerald S. Schafer | Administrative | Attorney for Trustee Fee | 3,822.50 | 3,822.50 | 3,822.50 |
| 010 C02 | Gerald S. Schafer | Administrative | Attorney for Trustee Expenses | 53.64 | 53.64 | 53.64 |
| | Subtotal for Class Administrative | | | 6,054.56 | 6,054.56 | 6,054.56 |
| 000001 030 P00 | Chenelle Wiles 538 N. Bridge St, Apt. F Eden, NC 27288 | Priority | | 900.00 | 900.00 | 517.02 |
| 000004A 030 P00 | Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346 | Priority | | 13,167.71 | 13,167.71 | 7,564.39 |
| | Subtotal for Class Priority | | | 14,067.71 | 14,067.71 | 8,081.41 |
| 000005 050 U00 | FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) and MBNA America Bank, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | 6,661.15 | 6,661.15 | 0.00 |
| 000006 050 U00 | First Citizens Bank Attn: Roz Johnson Duty POB 25187 DAC36 Raleigh, NC 27611-5187 | Unsecured | | 5,813.24 | 5,813.24 | 0.00 |

| Code # | Creditor Name & Address | Claim Class | Notes | Claimed | Allowed | Proposed |
|---|---|---|---|---|---|---|
| 000007<br>050<br>U00 | First Citizens Bank<br>Attn: Roz Johnson Duty<br>POB 25187<br>DAC36<br>Raleigh, NC 27611-5187 | Unsecured | | 182,974.56 | 182,974.56 | 0.00 |
| 000008<br>050<br>U00 | First Citizens Bank<br>Attn: Roz Johnson Duty<br>POB 25187<br>DAC36<br>Raleigh, NC 27611-5187 | Unsecured | | 1,159.98 | 1,159.98 | 0.00 |
| 000009<br>050<br>U00 | First Citizens Bank<br>Attn: Roz Johnson Duty<br>POB 25187<br>DAC36<br>Raleigh, NC 27611-5187 | Unsecured | | 622.01 | 622.01 | 0.00 |
| 000010<br>050<br>U00 | Capital One, N.A.<br>c/o Bass & Associates,<br>P.C.<br>3936 E. Ft. Lowell Rd,<br>Suite #200<br>Tucson, AZ 85712 | Unsecured | | 441.27 | 441.27 | 0.00 |
| 000011<br>050<br>U00 | PYOD LLC its successors<br>and assigns<br>c/o Resurgent Capital<br>Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | 11,083.22 | 11,083.22 | 0.00 |
| 000012<br>050<br>U00 | American Express Bank,<br>FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | 3,251.48 | 3,251.48 | 0.00 |
| 000013<br>050<br>U00 | American Express<br>Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | 883.77 | 883.77 | 0.00 |
| 000014<br>060<br>U06 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | Tardily filed Claim | 9,767.83 | 9,767.83 | 0.00 |
| | Subtotal for Class Unsecured | | | 222,658.51 | 222,658.51 | 0.00 |
| | Case Totals: | | | 242,780.78 | 242,780.78 | 14,135.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type