IN THE UNITED SATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                              )
                                    )
RICHARD A. DUTCH and                )   CASE NO. B-11-11875C-7G
KIMBERLY M. DUTCH                   )
                                    )
        Debtor                      )
_____)

2nd AMENDED **TRUSTEE'S SUPPLEMENTAL REPORT**

    I, Gerald S. Schafer, Trustee, do hereby submit a detailed accounting of all receipts and disbursements since the filing of the Schedule of Distribution on September 11, 2013. The balance on hand is as follows:

**BALANCE ON HAND: $14,135.97**

RECEIPTS

| Date | From Whom | Amount |
|---|---|---|
|  | NONE |  |

**TOTAL RECEIPTS: $ - 0 -**

**BALANCE ON HAND: $14,135.97**

DISBURSEMENTS

| Date | Check # | To Whom and Purpose | Amount |
|---|---|---|---|
| 09/12/13 | 10002 | Gerald S. Schafer Trustee Fees | $ 2,178.42 |
| 09/12/13 | 10003 | Gerald S. Schafer Attorney for Trustee | $ 3,876.14 |
| 09/12/13 | 10004 | Chenelle Wiles **STOP-PAY (address change)** | |
| 09/12/13 | 10005 | Internal Revenue Service **REVERSE – VOID** | |
| 09/19/13 | 10006 | Chenelle Wiles | $ 517.02 |
| 09/23/13 | 10007 | Chenelle Wiles | $ 382.98 |
| 09/23/13 | 10008 | FIA Card Services | $ 224.70 |
| 09/23/13 | 10009 | First Citizens Bank | $ 196.10 |
| 09/23/13 | 10010 | First Citizens Bank | $ 6,172.25 |
| 09/23/13 | 10011 | First Citizens Bank | $ 39.13 |
| 09/23/13 | 10012 | First Citizens Bank | $ 20.98 |

| | | | | |
|---|---|---|---|---|
| 09/23/13 | 10013 | Capital One, N.A. | $ | 14.89 |
| 09/23/13 | 10014 | PYOD LLC | $ | 373.87 |
| 09/23/13 | 10015 | American Express Bank, FSB | $ | 109.68 |
| 09/23/13 | 10016 | American Express Centurion Bank | $ | 29.81 |

**TOTAL DISBURSEMENTS $14,135.97**

**BALANCE ON HAND $ - 0 -**

- **Second and Final Dividend of 100.00% on Priority Creditors Claims allowed in the amount of $900.00 pursuant to provisions of Rule 3009.**

- **Second and Final Dividend of 3.37% on Unsecured Creditors Claims allowed in the amount of $212,890.68 pursuant to provisions of Rule 3009.**

Respectfully submitted to the Court this the 23rd day of September, 2013.

/s/ *Gerald S. Schafer*
Gerald S. Schafer, Esquire
N.C. State Bar No. 3873
220 Commerce Place
Greensboro, North Carolina 27401